# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY J. QUELET,** | **CIVIL ACTION NO. 1:12-CV-01914** |
| Plaintiff, | |
| v. | **(Chief Judge Conner)** |
| **LISA SMITH, CRNP; VERNON H. PRESTON, M.D.; STEPHEN PFISTERER, MPT; HANOVER FAMILY PRACTICE ASSOCIATES, LTD; DEBRA DEANGELO, D.O.; HILLSIDE PAIN MANAGEMENT, PC/ YORK ADAMS PAIN SPECIALISTS, PC; BRENDAN K. BUCKLEY, D.C. t/d/b/a BUCKLEY CHIROPRACTIC CENTER; and HANOVER REHABILITATION CENTER d/b/a YORK STREET REHAB a/k/a HANOVER HOSPITAL** | |
| Defendants. | |

## **ORDER**

AND NOW, this 16th day of January, 2014, upon consideration of the motions to dismiss, filed by the following defendants: (1) Deborah DeAngelo, D.O. and Hillside Pain Management, PC/York Adams Pain Specialist, P.C. (Doc. 100), (2) Brendan K. Buckley, D.C. t/d/b/a Buckley Chiropractic Center, P.C. (Doc. 102), (3) Hanover Rehabilitation Center d/b/a York Street Rehab a/k/a Hanover Hospital, Inc. (Doc. 104), (4) Vernon Preston, M.D. and Hanover Family Practice Associates, LTD (Doc. 106), (5) Lisa Smith, C.R.N.P. (Doc. 110), and (6) Stephen Pfisterer, MPT (Doc. 112) (collectively, the "Defendants"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motions to dismiss (Docs. 100, 102, 104, 106, 110, 112) are GRANTED.

2. The above-captioned action is DISMISSED with prejudice and without costs.

3. The Clerk of Court is directed to CLOSE this case.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania